Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

**troutman pepper locke**

troutman.com

**Vincent J. Torna**
D 212.808.2757
vincent.torna@troutman.com

May 30, 2025

<u>Sent via ECF</u>
The Honorable Steven Tiscione
United States Magistrate Judge
Eastern District Of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:**   *United States of America ex rel Michael McSherry et al. v. SLSCO, LP et al.; Case No. 1:18-cv-05981-ARR-ST*
     STATUS UPDATE

Dear Judge Tiscione:

We represent Defendant Baumgartner House Lifting ("BHL") in connection with the above-referenced matter. BHL joins in the letter from counsel for co-defendant SLSCO, LP ("SLS") dated May 30, 2025, a copy annexed. As noted in SLS's letter, Defendants are still waiting to receive comments from the Relators on the draft agreement provided to the Relators prior to the April 21 court conference.

We also received notice from the Court of a telephone conference on June 4, 2025. As I have a conflict on that date, I respectfully request the Court to reschedule the call for Monday, June 2nd or Friday, June 6th. Counsel for SLS is available on both those dates. If the telephone conference cannot be rescheduled, I will have another attorney from my office cover the call.

Respectfully,

*/s/ Vincent J. Torna*
Vincent J. Torna

cc:   William P. Perniciaro, Esq. (via ECF)
    84 New Drop Plaza
    Staten Island, NY  10306
    *Counsel for Relators Michael McSherry and Lisa Palma McSherry*

315460963v1

Adam A. Perlin, Esq. (via ECF)
Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY  11797
*Counsel for SLSCO, LP*

# KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Andrew L. Richards, Esq.
arichards@kaufmandolowich.com

Adam A. Perlin, Esq.
aperlin@kaufmandolowich.com

May 30, 2025

**Sent via ECF**
The Honorable Steven Tiscione
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        Re:    *United States of America ex rel Michael McSherry et al. v. SLSCO, LP et al.; Case No. 1:18-cv-05981-ARR-ST*
            STATUS UPDATE

Dear Judge Tiscione:

    We represent Defendant SLSCO, LP ("SLS") in connection with the above-referenced matter. Please accept this correspondence as SLS's status update as directed by the Court.

    We last filed a joint status update on May 21, 2025 on behalf of SLS and co-defendant Baumgardner House Raising LLC ("Baumgardner," together with SLS, "Defendants"). (ECF Dkt. No. 86.) As indicated in that status update, Defendants are still waiting to receive comments from the Relators on the draft agreement provided to the Relators prior to the April 21 court conference. Defendants will review Relators's comments to the draft agreement following receipt and will negotiate in good faith, but have no further updates at this time.

    We request and appreciate the Court's continued patience and cooperation.

                                                            Respectfully,

                                                           Andrew L. Richards, Esq.
                                                          Adam A. Perlin, Esq.

Cc:    William P. Perniciaro, Esq. (*via* ECF)
        84 New Dorp Plaza
        Staten Island, NY 10306
        *Counsel for Relators Michael McSherry and Lisa Palma McSherry*

*Hon. Steven Tiscione*
*May 30, 2025*
*Page 2 of 2*

Vincent J. Torna, Esq. (*via* ECF)
TOURTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
*Counsel for Defendant Baumgardner*
*House Raising LLC d/b/a Baumgardner House Lifting*